IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KIMBERLY STERLING f/k/a
KIMBERLY SAAVEDRA,

    Plaintiff,

v.                                                                                          No. 1:23-cv-00142-KWR-SCY

STATE FARM MUTUAL AUTOMOBILE
INSURANCE CO.,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court upon the Motion of the Plaintiff, Kimberly Sterling f/k/a Kimberly Saavedra, all parties having concurred, and the Court being fully advised in the premises, **HEREBY FINDS** that the Court has jurisdiction over the parties and the subject matter herein and **HEREBY FINDS** that the Motion is **WELL TAKEN** and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint of the Plaintiff herein and all claims which could have been asserted therein are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**IT IS SO ORDERED.**

                                                                                          _____
                                                                                          KEA W. RIGGS
                                                                                         UNITED STATES DISTRICT JUDGE

**SUBMITTED BY:**

*/s/ Todd A. Schwarz*
Todd A. Schwarz
Miller Stratvert P.A.
P.O. Box 25687
Albuquerque, New Mexico 87125
*Attorneys for Defendant*


**APPROVED BY:**

*/s/ Christopher D. Lee – approved via email*
Christopher D. Lee
Law Office of Christopher D. Lee, LLC
1121 4th St. NW, Suite 1-A
Albuquerque, NM 87102
*Attorney for Plaintiff*